C. L. McCALEB, Appellant,

v.

The STATE of Texas, Appellee.

No. 38797.

Court of Criminal Appeals of Texas.

Nov. 1, 1965.

Brown & Shuman, by Clifford W. Brown, Lubbock, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Presiding Judge.

The conviction is for violation of the Securities Act. Punishment was assessed at $2,000 fine and 5 years in the penitentiary.

The record on appeal does not reflect that appellant has been sentenced in the trial court. Where no sentence has been pronounced in the trial court, this court is without jurisdiction to enter any order except to dismiss the appeal. Aguirre v. State, Tex.Cr.App., 271 S.W.2d 819.

The appeal is dismissed.